✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-096-JCM-RJJ |
| Plaintiff, | ) | |
| vs. | ) | |
| GARY LOUIS RODRIGUEZ | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#76), sentencing held on November 15, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $32,572.09

Name of Payee: CHASE BANK CARD SERVICES
Amount of Restitution: $18,517.91

Name of Payee: DISCOVER CARD
Amount of Restitution: $5,828.47

**Total Amount of Restitution ordered: $56,918.47****

**Joint and Several with co-defendants Michael Dwaine Spradling, Ky Vu and Ngoclan Thi Dang

Dated this 6th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE